**27  HOSIE vs. CIRCUIT JUDGE (Wayne),·22 M., 492.**

To vacate an order setting aside service upon the maker of a note residing in Alpena County, in·a suit commenced in Wayne County, after service upon the indorsers in Wayne.

Granted April 18, 1871.

Held, that all persons authorized by law to be joined as defendants are joint defendants within Act No. 51, Laws of 1869.

**28  WEIDENFIELD vs. CIRCUIT JUDGE (Wayne), No. 15478½.**

To compel respondent to vacate an order for substituted service, where relator, a non-resident, was made a party to a foreclosure proceeding as the maker of the mortgage and bond, and a decree against him for any deficiency that might arise was prayed for.

Order to show cause denied March 11, 1896, on the ground that relator's remedy is by appeal.

**29  NEESLEY vs. CIRCUIT JUDGE (Jackson), No. 13752½.**

To quash a writ of garnishment issued upon a judgment on a transcript filed from justice of the peace, where the amount of the judgment was less than $100.

Order to show cause denied October 3, 1893.

**30  MILWAUKEE BRIDGE & IRON WORKS vs. CIRCUIT JUDGE (Wayne), 73 M., 155.**

To vacate an order denying a motion to quash garnishee proceedings against relator, and to grant the motion.

Granted January 8, 1889, on the ground that prior to the enactment of Act No. 266, Laws of 1889, there was no statute in this State providing for the service of a writ of garnishment upon a foreign corporation.